IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED BANK,<br>   *Plaintiff*,<br><br> v.<br><br>LOUDOUN MITIGATION BANK, LLC,<br>*et al.*,<br>   *Defendants*. | No: 1:22-cv-00400 (MSN/JFA) |

### ORDER

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal (Dkt. Nos. 46-47) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As it appears just and proper to do so, it is hereby

**ORDERED** that the parties' Stipulation of Voluntary Dismissal (Dkt. Nos. 46-47) is **GRANTED**; it is further

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to send a copy of this Order to all counsel of record.

                                **SO ORDERED**.

                            /s/
                        Hon. Michael S. Nachmanoff
                        United States District Judge

Alexandria, Virginia
April 13, 2023